DAVID KERSHNER, Appellant, *v.* LILLIAN KERSHNER, Respondent.

(Argued December 11, 1935; decided January 8, 1936.)

*J. W. Friedman, Louis H. Supnick* and *Myron Wisoff* for appellant.

*Philip F. Rosenberg, Milton Olshan* and *Paul Seiderman* for respondent.

Judgment affirmed, with costs against plaintiff; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.